WAYNE K. LEMIEUX (SBN. 43501)
SCOTT C. NAVÉ (SBN. 185992)
LEMIEUX & O'NEILL
2393 Townsgate Road, Suite 201
Westlake Village, California 91361
Telephone: (805) 495-4770
Facsimile: (805) 495-2787

Attorneys for Defendant
CITY OF CALIFORNIA CITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CITY FIREFIGHTERS ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CALIFORNIA CITY, a municipal corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 1:06-cv-01323-AWI-DLB<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS**<br><br>DATE: February 26, 2007<br>TIME: 1:30 p.m.<br>DEPT: 2 |

On December 21, 2006, Plaintiff, California City Firefighters Association ("CCFA") and Defendant, City of California City ("City") appeared before the Honorable Dennis L. Beck, judge presiding, at a regularly scheduled Joint Scheduling Conference ("JSC");

At the JSC, Judge Beck directed the parties to present briefing on issues relating to settlement of this matter and continued the JSC until January 16, 2007;

As a result of the continued JSC and settlement discussions, and at the suggestion of Judge Beck, the parties desire to continue the hearing date for City's Motion to Dismiss.

MTD.Stip.doc — 1 —

STIPULATION TO CONTINUE MOTION TO DISMISS

1  **IT IS HEREBY STIPULATED** by and between the parties that the hearing on
2  Defendant, City of California City's Motion to Dismiss, scheduled for January 22, 2007, be
3  continued to February 26, 2007;
4      **IT IS FURTHER STIPULATED** that the dates for CCFA to file an opposition and City
5  to file a reply shall be determined as if February 26, 2007, was the original hearing date.
6
7  DATED: December 22, 2006    LEMIEUX & O'NEIL
8      /s/
9  By_____
    SCOTT C. NAVÉ
10     Attorneys for Defendant
11     CITY OF CALIFORNIA CITY
12
13 DATED: December 22, 2006    LACKIE & DAMMEIER, APC
14     /s/
15 By_____
    Michael A. McGill, Esq.
16     Attorneys for Plaintiff
    CALIFORNIA CITY FIREFIGHTERS
17     ASSOCIATION

28  MTD.Stip.doc    - 2 -

STIPULATION TO CONTINUE MOTION TO DISMISS

**ORDER**

Good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant City of California City's motion to dismiss scheduled for January 22, 2007, be continued to February 26, 2007, with all opposing and reply papers following the continued hearing date.

Dated: 12-27-06

HONORABLE ANTHONY W. ISHI
United States District Judge