WAYNE K. LEMIEUX (SBN. 43501)
SCOTT C. NAVÉ (SBN. 185992)
LEMIEUX & O'NEILL
2393 Townsgate Road, Suite 201
Westlake Village, California 91361
Telephone: (805) 495-4770
Facsimile:  (805) 495-2787

Attorneys for Defendant
CITY OF CALIFORNIA CITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CITY FIREFIGHTERS ASSOCIATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF CALIFORNIA CITY, a municipal corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO.: 1:06-cv-01323-AWI-DLB<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS**<br><br>DATE: February 26, 2007<br>TIME: 1:30 p.m.<br>DEPT:  2 |

On December 21, 2006, Plaintiff, California City Firefighters Association ("CCFA") and Defendant, City of California City ("City") appeared before the Honorable Dennis L. Beck, judge presiding, at a regularly scheduled Joint Scheduling Conference ("JSC");

At the JSC, Judge Beck directed the parties to present briefing on issues relating to settlement of this matter and continued the JSC until January 16, 2007;

As a result of the continued JSC and settlement discussions, and at the suggestion of Judge Beck, the parties desire to continue the hearing date for City's Motion to Dismiss.

**IT IS HEREBY STIPULATED** by and between the parties that the hearing on Defendant, City of California City's Motion to Dismiss, scheduled for January 22, 2007, be continued to February 26, 2007;

**IT IS FURTHER STIPULATED** that the dates for CCFA to file an opposition and City to file a reply shall be determined as if February 26, 2007, was the original hearing date.

DATED: January 2, 2007                    LEMIEUX & O'NEIL

                                          /s/
                                          By_____
                                          SCOTT C. NAVÉ
                                          Attorneys for Defendant
                                          CITY OF CALIFORNIA CITY


DATED: December 22, 2006                  LACKIE & DAMMEIER, APC

                                          /s/
                                          By_____
                                          Michael A. McGill, Esq.
                                          Attorneys for Plaintiff
                                          CALIFORNIA CITY FIREFIGHTERS
                                          ASSOCIATION

**O R D E R**

Good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant City of California City's motion to dismiss scheduled for January 22, 2007, be continued to February 26, 2007, with all opposing and reply papers following the continued hearing date.

IT IS SO ORDERED.

**Dated:   January 2, 2007**                   /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE